Clerk
401 Courthouse St
Alexandria, VA

CASE 02-37-A



January 16, 2026

1:02-CR-37

To the Clerk:

Are entries for the docket of US v John Walker Lindh available for purchase?  Could I get a docket for finding motions I would like to purchase?

I believe the docket might start with the filing of a complaint, on 1/15/02.

Thank you for your attention to this request.


Sincerely,


⇔25913-048⇔
David W Linder
FCI    25913-048
P O B 33
Federal Institute
Terre Haute, IN 47808
United States